ACCEPTED
05-14-01331-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/2/2015 2:10:05 PM
LISA MATZ
CLERK

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/2/2015 2:10:05 PM
LISA MATZ
Clerk

**The State of Texas**,
 Appellant

**v.**

**Eric Montrell Hickmon**,
 Appellee

No. 05-14-01331-CR
No. 05-14-01332-CR

### State's First Motion for Extension of Time to File State's Opening Brief

TO THE HONORABLE JUSTICES OF THIS COURT:

The State of Texas respectfully requests, in accordance with the Texas Rules of Appellate Procedure,[1] that this Court grant the State an extension of time to file the State's Opening Brief in the instant cases. In support, the State shows the following:

1. This case is on appeal from the County Criminal Court Number 6 of Dallas County Texas, in cause nos. M11-42220 and M11-42221. Appellee was charged with criminal mischief under $1,500 and resisting arrest. The court below granted Appellee's motions to quash the information in each case, and the State now appeals.

2. Appellee is represented on appeal by his counsel, Don Guidry. The State's brief is presently due January 5, 2015.

3. The State respectfully requests an extension of time until Wednesday, **February 4, 2015.**

---

[1] Tex. R. App. P. 10.5(b), 38.6(d).

4. The undersigned prosecutor will be unable to complete the State's brief in a timely manner during the present briefing period for the following reasons:

   a. The undersigned is responsible for responding to applications for writs of habeas corpus on behalf of the State. During the briefing period, these duties have entailed filing responses in various district courts, preparing proposed findings of fact and conclusions of law, and conducting evidentiary hearings.

   b. The undersigned maintains an active, full docket of requests for DNA testing under Chapter 64 of the Texas Code of Criminal Procedure.

5. The State has not previously requested an extension in this case.

The State therefore prays that this Court grant the State's motion and order the State's brief due on February 4, 2015.

Respectfully submitted,

*Brian P. Higginbotham*

SUSAN HAWK
Criminal District Attorney
Dallas County, Texas

BRIAN P. HIGGINBOTHAM
Assistant District Attorney
State Bar No. 24078665
Frank Crowley Courts Building
133 N. Riverfront Boulevard, LB-19
Dallas, Texas 75207-4399
(214) 653-3625 | (214) 653-3643 *fax*
brian.higginbotham@dallascounty.org

## Certificate of Service

I certify that a true copy of this brief was served on Don Guidry as counsel for Appellee. Service was made at 2201 Main Street, Suite 1006, Dallas, Texas 75201, and by email to donguidrylaw@gmail.com, on January 2, 2015.

_Brian P. Higginbotham_
Brian P. Higginbotham